1446

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 1, 2006*

[Cite as *05/01/2006 Case Announcements*, 2006-Ohio-2101.]

## MOTION AND PROCEDURAL RULINGS

**2006–0237. State ex rel. Strzala v. Gallagher.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion for leave of court to file declaratory judgment,
IT IS ORDERED by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS